STEVE KNESZ v. THE CENTRAL JERSEY BANK & TRUST CO. OF FREEHOLD AND CERRATO, O'CONNOR, MEHR & SAKER.

March 1, 1983.

Petition for certification granted. (See 188 *N.J.Super.* 391)

REMSCO ASSOCIATES v. OCEAN COUNTY SEWERAGE AUTHORITY.

March 1, 1983.

Petition for certification denied.

LAKEWOOD APARTMENTS–BLACKWOOD, INC. v. GLOUCESTER TOWNSHIP RENT STABILIZATION BOARD.

March 1, 1983.

Petition for certification denied.

RICHARD SHEFFIELD v. FORD MOTOR COMPANY, INC.

March 1, 1983.

Petition for certification granted.